## Harry S. Stewart, Plaintiff in Error, v. Emily H. Junkin, Defendant in Error.

### Gen. No. 22,668.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed December 21, 1917. Rehearing denied January 2, 1918.

### Statement of the Case.

Action by Harry S. Stewart, plaintiff, against Emily H. Junkin, defendant, to recover on a promissory note for $10,000, with interest. From a judgment for defendant for costs, plaintiff brings error.

CHARLES HUDSON, for plaintiff in error.

RYAN, CONDON & LIVINGSTON, for defendant in error; JAMES G. CONDON and IRVIN I. LIVINGSTON, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13a*—*when admission of evidence of payment is inadmissible under pleadings.* The admission of evidence of payment of a promissory note sued on in the Municipal Court of Chicago, was reversible error where the only defenses set up in defendant's affidavit of defense were nondelivery of the note, no consideration therefor, and an understanding that it was not to become a binding obligation, notwithstanding the affidavit contained a general denial of liability also.

2. MUNICIPAL COURT OF CHICAGO, § 13*—*when general denial in affidavit of merits is mere conclusion.* Where an affidavit of merits in an action in the Municipal Court of Chicago set up certain specific defenses and contained also a general denial of liability, held that such denial was in fact a mere conclusion based upon such defenses.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.